**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAR 2 1 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _an_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   **Plaintiff,**<br><br>       vs.<br><br>Patricia McDaniel (2)<br><br>                   **Defendant.** | Case No. 22-cr-0579-AJB<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☐    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Indictment/Information:

☒    Ct 1 - 21:952,960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

☒    Ct 2 - 21:952,960; 18:2 - Importation of Fentanyl; Aiding and Abetting

☒

Dated: 3/18/22

Hon. Karen S. Crawford
United States Magistrate Judge